UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                                    CASE NO.:   8:01-cr-194-T-23MAP

TERRY C. LANCASTER
                                                                    /

**ORDER**

The United States Sentencing Commission promulgated Amendment 706, which lowers the base offense level for a cocaine base ("crack" cocaine) offense by two levels for an eligible defendant sentenced on or after November 1, 2007.  Effective March 8, 2008, the Commission applied this amendment retroactively to a defendant sentenced before November 1, 2007.  Terry C. Lancaster, an inmate sentenced before November 1, 2007, moves (Doc. 182) pro se pursuant to 23 U.S.C. § 3582(c)(2) and Section 1B1.10, United States Sentencing Guidelines, for a reduction in his base offense level.  The United States responds (Doc. 185).

At the 2003 sentencing, the guideline offense level was 32 (after a two-level increase pursuant to Section 2D1.1(b)(1) and a two-level reduction for acceptance of responsibility.)  However, Lancaster is a career offender pursuant to Section 4B1.1 of the Sentencing Guidelines with a total offense level of 37 reduced to offense level 35 after a two-level reduction for acceptance of responsibility.

Section 1B1.10(a)(2)(B) provides that a reduction in sentence is "not consistent with this policy statement and therefore is not authorized . . . under 28 U.S.C. § 3582(c)(2) if . . . an amendment listed in subsection (c) does not have the effect of

lowering the defendant's applicable guideline range."  Because the defendant's sentence was based on a career offender enhancement pursuant to Section 4B1.1, Amendment 706 does not lower the defendant's applicable guideline range, and a reduction would be inconsistent with the policy statements issued by the Sentencing Commission.

Lancaster's motion for a reduction of sentence (Doc. 182) is **DENIED**.

The Clerk shall furnish a copy of this order to the United States Attorney, the United States Probation Office, and the defendant.

ORDERED in Tampa, Florida, on April 16, 2008.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE